**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ _____5th_____ Amended Plan
☐ _____ Modified Plan

DEBTOR:   Marie-Yves Vales-Preval          JOINT DEBTOR _____          CASE NO:   17-10764-JKO
SS#   XXX-XX-2473                                          SS#   XXX-XX-

☐   This document is a plan summary.   Additional data on file in clerk's office attached to original plan.
**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date,
Debtor(s) to pay to the trustee for a period of 60 months:

A.  $  **2,796.40**  for months  **1**  to  **5**
B.  $  **6,055.79**  for months  **6**  to  **60**  ; in order to pay the following creditors:

**ADMINISTRATIVE:**   Attorney's Fee - $  **4,425.00**   **Fees**: (*Base Fee*) $3,500 + (1) MTV(Strip) $775.00
                                                                 **Costs**: (*General Costs*) $150
                          Total Fee Paid - $  **1,150.00**
                          Balance Due  - $  **3,275.00**      Payable:      $  **655.00**  /month  **1**  to  **5**

**SECURED CREDITORS:** [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.          Rushmore Loan Management Services, LLC
Address:    POB 514707                      Arrearage on Petition Date   $  **48,033.92**
            Los Angeles, CA 90051-4707      Arrears Payment              $  **487.34**  /month  **1**  to  **5**
                                            Arrears Payment              $  **829.05**  /month  **6**  to  **60**
Acct#:      3546 / POC                      Regular Payment              $  **1,399.84**  /month  **1**  to  **5**
Asset:      4273 SW 84th Terrace       Regular Payment              $  **1,986.42**  /month  **6**  to  **60**
            Davie, FL 33328-2980

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.   A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description & Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| United Guaranty Residential Insurance Company of North Carolina, in care of LTD Financial Services, L.P. 7322 Southwest Freeway, Suite 1600 Houston, TX 77074-2053 Acct: 2814 | **4273 SW 84th Terrace Davie, FL 33328**<br><br>**FMV $255,470.00** | **0%** | **$0** | **1 - 60** | **$0** ORDER DE: 20 |

**PRIORITY CREDITORS:**   [including non-dischargeable debts paid 100% in plan]
1.          Internal Revenue Service      **POC 2 - Amended**
Address:    POB 7317                      Arrearage on Petition Date:   $  **7,943.40**
            Philadelphia, PA 19101        Arrears Payment               $  **144.43**  /month  **6**  to  **60**
                                                                        $  _____  /month  ___  to  ___
Acct#:      2473

**UNSECURED CREDITORS:**
$  **2,545.36**  for months  **6**  to  **60**
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**OTHER PROVISIONS NOT INCLUDED ABOVE:**

   A.  *HOMESTEAD:* **4273 SW 84th Terrace, Davie, FL 33328**
        a.  1st Mortgage:  Rushmore Loan Management Services, LLC (3546); Cure and maintain through plan
        b.  2nd Mortgage: LTD Financial Services, L.P. (2814); Stripping through plan
        c.  HOA:   Pine Island Bay HOA, Inc. (2309); Treating direct and outside by debtor
        d.  Property Taxes: Broward County Tax Collector; Treating direct and outside by debtor

   B.  *AUTOMOBILE: 2009 Toyota Highlander (no liens)*

C.  ***TAX RETURN LANGUAGE:*** Debtor shall provide copies of yearly income tax returns to the Trustee no later than May 15th during the pendency of the Chapter 13 case. In the event the Debtor's income or tax refunds increase, Debtor shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Charles Restrepo o/b/o Marie-Yves Vales-Preval

| Debtor | Joint Debtor |
|---|---|
| Date:   06/19/2017 | Date: |